1  Robin K. Perkins, SBN: 131252
   **PERKINS & ASSOCIATES**
2  300 Capitol Mall, Suite 1800
   Sacramento, CA 95814
3  Telephone:   (916) 446-2000
   Facsimile:   (916) 447-6400
4
   Attorneys for Jana Howell
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | JANA HOWELL,                          | Case No. 2:10-CV-00129-JAM-EFB

11 |         Plaintiff

12 |    v.                                  | **STIPULATION TO FILE FIRST AMENDED COMPLAINT**

13 | INGRAM ENTERTAINMENT,
   | INC./DBI BEVERAGE, INC., a
14 | Tennessee Corporation doing Business in
   | the State of California as INGRAM
15 | ENTERTAINMENT, INC./DBI
   | BEVERAGE, INC.,
16
   |         Defendant.
17

18

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel of records, that 1.) Plaintiff Janna Howell may file a First Amended Complaint in this matter, and 2.) by stipulating to the filing of a First Amended Complaint, Defendants have not waived and shall not be estopped to assert or allege any and all defenses Defendants may have to the First Amended Complaint.

Dated: June 28, 2010                                PERKINS & ASSOCIATES


                                                    By:/s/ *Robin K. Perkins*
                                                        Robin K. Perkins
                                                        Attorneys for Plaintiff
                                                        Jana Howell

Dated:  June 25, 2010                               JACKSON LEWIS LLP


                                                    By:*/s/ Robert J. Schnack*
                                                        Robert J. Schnack
                                                        Attorneys for Defendants
                                                        Ingram Entertainment, Inc./
                                                        DBI Beverage, Inc.

Based on the foregoing stipulation, and otherwise finding good cause therefore, IT IS HEREBY ORDERED that 1.) Plaintiff Jana Howell may file a First Amended Complaint in this matter, and 2.) Defendants have not waived and are not estopped to assert or allege any and all defenses Defendants may have to the First Amended Complaint.

IT IS HEREBY ORDERED.


Dated: June 28, 2010


                                                    /s/ John A. Mendez
                                                    John A. Mendez
                                                    United States District Judge

PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA  95814
916.446.2000

**STIPULATION TO FILE FIRST AMENDED COMPLAINT**       2.

PDF created with pdfFactory trial version www.pdffactory.com