| | |
|---|---|
| PERKINS & ASSOCIATES<br>ROBIN K. PERKINS (SBN 131252)<br>300 Capitol Mall, Suite 1800<br>Sacramento, California 95814<br>Telephone: (916) 446-2000<br>Facsimile: (916) 447-6400<br><br>Attorneys for Plaintiff JANA HOWELL | **FILED**<br><br>AUG 29 2011<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

JACKSON LEWIS LLP
ROBERT J. SCHNACK (Cal. Bar No. 191987)
schnackr@jacksonlewis.com
DOUGLAS M. EGBERT (Cal. Bar No. 265062)
egbertd@jacksonlewis.com
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants DBI BEVERAGE INC. and
DBI BEVERAGE SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA HOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>INGRAM ENTERTAINMENT, Inc./DBI BEVERAGE, Inc., a Tennessee Corporation doing Business in the State of California as INGRAM ENTERTAINMENT, Inc./DBI BEVERAGE, Inc.,<br><br>        Defendants. | Case No. 2:10-CV-00129-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON**<br><br>Complaint Filed: 01/15/2010<br>Trial Date: 12/05/2011 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

    Plaintiff JANA HOWELL and all named Defendants (i.e., DBI BEVERAGE SACRAMENTO, erroneously sued and served as INGRAM ENTERTAINMENT, Inc./DBI

1

1  BEVERAGE, Inc., a Tennessee Corporation doing Business in the State of California as
2  INGRAM ENTERTAINMENT, Inc./DBI BEVERAGE, Inc.), by and through their respective
3  attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and
4  with all parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 25, 2011                PERKINS & ASSOCIATES


By: /s/ [Robin K. Perkins] as authorized on 8/25/11
    ROBIN K. PERKINS

Attorneys for Plaintiff
JANA HOWELL


Dated: August 25, 2011                JACKSON LEWIS LLP


By: /s/ [Robert J. Schnack]
    ROBERT J. SCHNACK
    DOUGLAS M. EGBERT

Attorneys for Defendants
DBI BEVERAGE SACRAMENTO, erroneously sued and served as INGRAM ENTERTAINMENT, Inc./DBI BEVERAGE, Inc., a Tennessee Corporation doing Business in the State of California as INGRAM ENTERTAINMENT, Inc./DBI BEVERAGE, Inc.

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO ORDERED.**

Dated: August 29, 2011

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2

Stipulation for Dismissal With Prejudice and [Proposed] Order Thereon

*Jana Howell v. Ingram Entertainment, Inc., et al.*
Case No. 2:10-CV-00129-JAM-EFB